UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ALYSSON RIFFE,<br><br>   Plaintiff,<br><br>v.<br><br><br>PHEAA, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 5:21-256-KKC<br><br><br>ORDER |

*** *** ***

On May 12, 2023, the Court ordered plaintiff Alysson Riffe to file evidence that she had served the complaint on the defendants or evidence that the defendants had waived service. (DE 6). The court warned Riffe that failure to do so would result in her action being dismissed without prejudice. Riffe has not complied with the Court's order. Accordingly, the Court hereby ORDERS that this matter is DISMISSED WITHOUT PREJUDICE.

This 11th day of August, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY