**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **ALYSSON RIFFE,**  Plaintiff, | **CIVIL ACTION NO. 5:21-256-KKC** |
| v. | **JUDGMENT** |
| **PHEAA, et al.,**  Defendants. | |

*** *** ***

In accordance with the order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) The plaintiff's claims are DISMISSED WITHOUT PREJUDICE;

2) This Judgment is FINAL and APPEALABLE; and

3) This matter is STRICKEN from the Court's active docket.

This 11th day of August, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY